IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. C 15-05411 WHA |
| Plaintiff, | |
| v. | |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 98.234.44.160, | **ORDER GRANTING SEALING MOTION** |
| Defendant. | |

Plaintiff has moved to file under seal its amended complaint, proposed summons and return of service (Dkt. No. 16). Plaintiff's motion is hereby **GRANTED**. Plaintiff received defendant's identifying information from Comcast on March 14 (Dkt. No. 15). Pursuant to the order regarding plaintiff's proposed procedure for effectuating service, the deadline to serve defendant is **APRIL 18** (Dkt. No. 12).

**IT IS SO ORDERED.**

Dated: March 21, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE