IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA LLC,

    Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED
IP ADDRESS 98.234.44.160,

    Defendant.

No. C 15-05411 WHA

**FURTHER ORDER RE NOTICE OF SETTLEMENT**

The Court acknowledges and thanks plaintiff for its notice of settlement but cautions that all deadlines and hearings remain active and in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: May 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE